# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANN PHARMACY, INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHREE NAVDURGA LLC d/b/a | : | |
| RAMSRX PHARMACY, et al., | : | No. 17-1893 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **6th** day of **June, 2017,** upon consideration of Plaintiff's motion for a temporary restraining order and preliminary injunction (Document No. 2), Defendants' response thereto (Document No. 7), and following a hearing conducted on May 31, 2017, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

                                        **BY THE COURT:**

                                        */s/ Berle M. Schiller*

                                        **Berle M. Schiller, J.**